638 A.2d 133

IN THE MATTER OF ROBERT F. DATO,
AN ATTORNEY AT LAW.

March 1, 1994.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that ROBERT F. DATO of MONMOUTH BEACH, who was admitted to the Bar of this State in 1965, and who was suspended from the practice of law for one year, effective November 23, 1992, by Order of this Court dated November 2, 1992, 130 N.J. 400, 614 A.2d 1344, be restored to the practice of law, effective immediately.